IN THE MATTER OF H. C. SCALES, RESPONDENT.

(Filed 9 November, 1932.)

APPEAL by respondent from *Shaw, Emergency Judge,* at June Term, 1932, of FORSYTH. Affirmed.

*Joe W. Johnson and S. E. Hall for respondent.*
*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*

DRUG CO. *v.* MCCREARY; MCKAMEY *v.* BLAIR.

PER CURIAM. In the Forsyth County Court it was adjudged that the respondent be attached for contempt growing out of his disobedience of a restraining order. In the Superior Court the appeal was dismissed and the respondent was committed to the custody of the sheriff. The judgment is

Affirmed.